United States District Court
Northern District of Alabama
Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| Plaintiff, | ] | |
| vs. | ] | 7:07-CR-202-LSC-HGD |
| WILLIAM LUTHER LANGSTON, | ] | |
| Defendant. | ] | |

Order Accepting Report and Recommendation

This Court has reviewed the Report and Recommendation [Doc. 42] of the Honorable Harwell G. Davis, III, United States Magistrate Judge, entered the 24th day of October 2007.  Neither party has filed any objection to the Report and Recommendation.

It is ORDERED that the Report and Recommendation [Doc. 42] of the Honorable Harwell G. Davis, III, United States Magistrate Judge, entered the 24th day of October 2007 be ACCEPTED and ADOPTED by this Court as entered.

Done this 21st day of November 2007.

                                    L. SCOTT COOGLER
                            UNITED STATES DISTRICT JUDGE